

**N.G.C.**

v.

**C.J.C.**

**2 MDA 2017**

Superior Court of Pennsylvania.

08/07/2017

CV 3670–2016
(Centre)

Affirmed

**T.A.S.**

v.

**A.C.D.**

**1617 WDA 2016**

Superior Court of Pennsylvania.

08/07/2017

11645 of 2010 C.A. (Lawrence)

Affirmed

**COM.**

v.

**GREENFIELD, J.**

**230 MDA 2017**

Superior Court of Pennsylvania.

08/07/2017
Reargument Denied 10/13/2017

CP–06–CR–0004192–2016
(Berks)

Affirmed

**MANKOWSKI, W.**

v.

**SEVEN SPRINGS**

**1653 WDA 2016**

Superior Court of Pennsylvania.

08/07/2017

62 Civil 2016
(Somerset)

Affirmed